**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

UNITED STATES OF AMERICA                    CRIMINAL ACTION NO.  26-00163

VERSUS                                      JUDGE S. MAURICE HICKS, JR.

EDUARDO PEREZ-CALDERON (01)                 MAGISTRATE JUDGE AYO

**ORDER**

This matter was referred to United States Magistrate Judge David J. Ayo for Report and Recommendation. After considering the official transcript (Record Document 38) and noting the defendant's waiver of any objections, the Court finds the plea is correct under applicable law.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, in accordance with the terms of the plea agreement filed in the record of these proceedings, the guilty plea of the defendant, Eduardo Perez-Calderon , is **ACCEPTED** and he is fully adjudged guilty of the offense charged in Count 1 of the Indictment, consistent with the Report and Recommendation.

**THUS DONE AND SIGNED,** in Shreveport, Louisiana, on this 28th day of July, 2026.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE